**DISMISS and Opinion Filed February 8, 2017**

In The



### No. 05-16-01366-CV

**NERISSA ONA, Appellant**
**V.**
**JULIANITO SAMSON CLEMENTE, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02904-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

By letter dated January 6, 2017, the Court questioned its jurisdiction over this appeal because the notice was untimely. The notice of appeal was, however, filed within fifteen days of the deadline. For this reason, we informed appellant that she could remedy the timeliness problem by filing, by January 17, 2017, a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3. We cautioned appellant that failure to file an extension motion by the specified date may result in dismissal of the appeal for want of jurisdiction without further notice. As of today's date, appellant has not filed an extension motion.

Absent a timely post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed or, with an extension motion, forty-

five days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1, 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The trial court signed the judgment on October 13, 2016. Appellant did not file a timely post-judgment motion extending the appellate timetable. Accordingly, the notice of appeal was due on Monday, November 14, 2016. *See* TEX. R. APP. P. 4.1(a), 26.1. Appellant filed a notice of appeal on November 17, 2016, three days past the deadline.

Counsel for appellee filed a letter stating that he believes Defendant's Motion to Correct Clerical Errors in Final Summary Judgment filed on October 18, 2016 served to extend the appellate deadlines. *See* TEX. R. CIV. P. 316. We disagree. A rule 316 motion to correct clerical errors does not extend the time for perfecting an appeal. *See* TEX. R. CIV. P. 329b(g).

Appellant failed to file a timely notice of appeal or seek an extension of time. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161366F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NERISSA ONA, Appellant

No. 05-16-01366-CV        V.

JULIANITO SAMSON CLEMENTE,
Appellee

On Appeal from the 417th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 417-02904-2015.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JULIANITO SAMSON CLEMENTE recover his costs of this appeal from appellant NERISSA ONA.

Judgment entered February 8, 2017.